1  GIA N. MARINA
   Nevada Bar No. 15276
2  **CLARK HILL PLLC**
   3800 Howard Hughes Drive, Suite 500
3  Las Vegas, Nevada  89169
   E-mail: gmarina@clarkhill.com
4  Telephone:  (702) 862-8300
   Facsimile:  (702) 862-8400
5  *Attorney for Defendant*
   *Equifax Information Services LLC*
6

7

8              **UNITED STATES DISTRICT COURT**
               **DISTRICT OF NEVADA**
9

10  RAEGENE JOYCE,                          )   **Case No. 2:21-cv-02176-JAD-VCF**
                                            )
                                            )
11                  Plaintiff,              )
                                            )
12  vs.                                     )   **JOINT STIPULATION FOR**
                                            )   **EXTENSION OF TIME FOR**
13  EQUIFAX INFORMATION SERVICES LLC,       )   **DEFENDANT EQUIFAX**
                                            )   **INFORMATION SERVICES LLC TO**
14                  Defendant.              )   **FILE ANSWER**
                                            )
15                                          )   **FIRST REQUEST**
                                            )
16

17          Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

18  time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

19  no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED

20  to by and among counsel, that Defendant Equifax Information Services LLC's time to answer,

21  move or otherwise respond to the Complaint in this action is extended from December 31, 2021

22  through and including **February 1, 2022**.  The request was made by Equifax so that it can have an

23  

24  opportunity to collect and review its internal files pertaining to the allegations in the Complaint,

25  and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

26          Respectfully submitted, this 16TH day of December, 2021.

27

28

CLARK HILL PLLC

By: /s/ Gia N. Marina
GIA N. MARINA
Nevada Bar No. 15276
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400

*Attorney for Defendant Equifax Information Services LLC*

***No opposition***

 /s/David H. Krieger
David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Blvd., Suite 200
Henderson, NV 89052
Phone: (702) 848-3855
Fax: (702) 385-5518
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:   12-16-2021_____

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and exact copy of the foregoing has been served this 16th day of December, 2021, via CM/ECF, upon all counsel of record:

By:  /s/  Gia N. Mariana
GIA N. MARINA
Nevada Bar No. 15276
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400